IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SAMUEL PERRONI**                                                                                       **PLAINTIFF**

VS.                           CASE NO. 4:06CV01497 JMM

**UNITED HEALTHCARE INSURANCE
COMPANY, ET AL.**                                                                                  **DEFENDANTS**

**ORDER**

Plaintiff's Motion for Voluntary Dismissal is granted (#8). The case is dismissed without prejudice with each party bearing their own costs.

IT IS SO ORDERED THIS  6   day of   December , 2006.

_____
James M. Moody
United States District Court