IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SAMUEL PERRONI**                                                                                    **PLAINTIFF**

VS.                             CASE NO. 4:06CV01497 JMM

**UNITED HEALTHCARE INSURANCE**
**COMPANY, ET AL.**                                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed without prejudice.

IT IS SO ORDERED this  6  day of December, 2006.

_____
James M. Moody
United States District Judge